Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR14-5449BHS |
| Plaintiff, | |
| vs. | DEFENDANT'S SENTENCING MEMORANDUM |
| VICTOR NARANJO, | |
| Defendant. | |

Comes now the defendant, Victor Naranjo, through his attorney, Assistant Federal Public Defender Kyana Givens, and presents the following sentencing memorandum. Mr. Naranjo will appear before the Court for sentencing on March 7, 2016, at 11:00 a.m.

On March 24, 2015, Mr. Naranjo plead guilty to a Misdemeanor charge for Improper Storage of Explosives, in violation of Title 18 U.S.C. §§ 842(j), 844(b) and 2.

At the time of filing this memo, the government has not filed their memo nor recommendation. Probation is recommending 30 days of prison and supervise release conditions proposed in its draft judgment. The defense is recommending no jail time, 45 hours of community service and 1 year of supervised release. The defense has no objection to the supervised release conditions outlined by probation.

**I.    THE OFFENSE CONDUCT**

In September of 2011, a girlfriend of Mr. Narajo's military brother, turned in a M72A5 Liaght Anti-Tank Weapon ("LAW") and said she acquired it from Mr. Naranjo. This weapon was smuggled into the United States as a war trophy in a battlefield exchange between Canadian and American Units serving in Afghanistan in 2010. Mr.

DEFENDANT'S SENTENCING
MEMORANDUM - 1
(*Victor. Naranjo*; CR14-5449BHS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Naranjo did not assist in getting the weapon into the United States. However, once the weapon was on US soil, Mr. Naranjo became aware that it was not only smuggled into the United States, but also smuggled off the base of Joint Base Lewis Mchord located here in Washington state. Some of Mr. Naranjo's friends contacted him about how to dispose of the weapon. Mr. Naranjo was not only a friend, but he was also a Sergeant to a few of the people involved. More importantly, given the bonds formed in combat, he felt a brotherhood toward his friends and wanted to help. He agreed to have the LAW brought to his home where he was living near Tacoma, Washington. In January 2011, Mr. Naranjo hosted a party at his home and the LAW was brought out and Mr. Naranjo was photographed with his friends and the weapon. After the party, Mr. Naranjo kept the weapon with the intention of trying to dispose of it. After a month of research and brainstorming to safely dispose of the weapon, Mr. Naranjo returned the weapon to co-defendant Kyle Nespory. His girlfriend at the time, then spoke with a friend and ultimately disclosed that the weapon was present in the United States. The authorities got involved and three people were charged on September 24, 2014, with Possession of Stolen Explosive Materials (Count 1), in violation of Title 18 U.S.C. §§ 842(h), 844(a)(1) and 2; Possession of Unregistered Firearm (Destructive Device) (Count 2), in violation of Title 26 U.S.C. §§ 5841, 5845(a)(8) and (f)(1)(C), 5861(d) and 5871 and § 2; Possession of Stolen Explosive Material (Count 3), in violation of Title 18 U.S.C. §§ 842(h), 844(a)(1) and § 2; Possession of Unregistered Firearm (Destructive Device) (Count 4), in violation of Title 26 U.S.C. §§ 5841, 5845(a)(8) and (f)(1)(C), 5861(d) and 5871 and Title 18 § 2; Possession of Stolen Explosive Material (Count 5), in violation of Tile 18 U.S.C. §§ 842(h), 844(a)(1) and § 2; Possession of Unregistered Firearm (Destructive Devise) (Count 6), in violation of title 26 U.S.C. §§ 5841, 5845(a)(8) and (f)(1)(C), 5861(d) and § 2.

DEFENDANT'S SENTENCING
MEMORANDUM - 2
(*Victor. Naranjo*; CR14-5449BHS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Over the next six months, Mr. Naranjo's version of events was investigated and eventually he gave a full statement to the government and agreed to testify at a trial if necessary. As part of the Plea Agreement, Mr. Naranjo received a reduced charge to the misdemeanor count described at the beginning of this memo.

## II.   THE DEFENSE RECOMMENDATION JUSTIFICATION

Mr. Naranjo does not have any guideline disputes in this matter. The parties agree that Mr. Naranjo is a Criminal History Category I and his total Offense Level after Acceptance of Responsibility is 4. The corresponding guideline to these numbers is a sentencing guideline of 0-6 months in prison.

All parties have accurately summarized the facts of this case in Sentencing Memos and the Presentence Report. The defense does not see the need to repeat these facts yet again, where the parties are in large part in agreement about the underlying facts and have arrived at a resolution through the Plea Agreement that is more than reasonable. The only dispute appears to be whether at this stage in his life, a prison sentence serves an effective purpose under 18 USC § 3553(a).

Mr. Naranjo has written an honest and candid acceptance letter to this Court that more than demonstrates his remorse for his actions. Exhibit A. He also reflects insight about his struggle with alcoholism and treatment focused conditions of supervised release are the most effective response to his PTSD and alcoholism.

Mr. Naranjo is an Army veteran who actually served four tours of service to this country between 2001 and 2011. He enrolled in the Army just a week after his 18th birthday, recognizing he needed a plan for his future after high school. Ultimately, he was deployed to combat in 2002 to Afghanistan, 2003 to Iraq, 2005 back to Iraq and finally in 2009 to Afghanistan again. These deployments were not easy and stretched him to his maximum physical and mental capacity. He has survived multiple active conflicts with "the enemy" and he is tortured by the trauma and survivors guilty of

DEFENDANT'S SENTENCING
MEMORANDUM - 3
(*Victor. Naranjo*; CR14-5449BHS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

gathering the remains of his combat brothers who died as victims of Improvised Explosive Devise (IED) blasts. Understandably, even before these charges were initiated, Mr. Naranjo was depressed, suffering from PSTD (ashamed to ask for and get help) and used alcohol to numb his fatigue and mental anguish. At times, his despair has been so severe that it has caused him to feel suicidal. The correct response to his suicidality, PTSD and alcoholism is counseling and support groups.

Mr. Naranjo has been on pretrial bond since October 16, 2014. Over the course of his release period he has lived in California and he has been on courtesy supervision from a pretrial office there. While Mr. Naranjo's bond was not perfect, it was not so detrimental that this Court should now put him in prison. Pretrial bond has worked for Mr. Naranjo. He has had to confront his alcoholism and his offense behavior. He has had to try to re-invent his life outside of the military, something he never wanted to do. To his credit, he has risen to the occasion. Mr. Naranjo has never been revoked from his bond in the past 16 months. He has consistently met with counsel, not only to address his charges, but also to address the social and emotional barriers that were undermining his success. He has come to realize his triggers that lead to a downward spiral of depression. He set goals to attend school and try to increase his future earning power. Lastly he felt ready and capable to get into a romantic relationship. Mr. Naranjo is well on his way to maintaining and achieving those goals. He has been with his girlfriend for a year now. She got pregnant and then miscarried, and while it was a challenge and required going through the stages of grief, Mr. Naranjo navigated this tragedy while keeping the relationship stable and he successfully fought the urge to return to alcoholism to drown his sorrows. This was a huge step of personal growth for him and really demonstrates a strength and his ability to access resources and support in a time of trouble.

One of the successes Mr. Naranjo has also achieved is completing his AA degree and getting accepted to a four-year college. He is currently in good standing at a four

DEFENDANT'S SENTENCING  
MEMORANDUM - 4  
(*Victor. Naranjo*; CR14-5449BHS)

FEDERAL PUBLIC DEFENDER  
1601 Fifth Avenue, Suite 700  
Seattle, Washington 98101  
(206) 553-1100

year University and he maintains a 3.3 grade point average. Exhibit B. Mr. Naranjo is on target to graduate in the Spring of 2017 with a Business Administration Degree with a concentration in Accounting.

Mr. Naranjo has demonstrated an ability to put his words into action over time. He has maintained some of the cornerstones of a prosocial lifestyle that so many defendants like him are unable to achieve. Despite serious PTSD, alcoholism, and discharge from the Military, Mr. Naranjo maintains a home, a strong relationship and successfully completing college. He has a good relationship with his family and in turn he wants to be available to support his father as his father battles cancer.

The purposes of sentencing, including community safety are best served by keeping Mr. Naranjo in the community to capitalize on the positive trajectory he has worked so hard to maintain. Mr. Naranjo has learned so much from this process and he remains devoted to service (even if not in the military). His is a story that this Court can be confident will end in triumph. He should be supervised for a year in the community and ordered to community service of at least 45 hours. The community service component is effective retribution for this serious crime. It exposes him and hopefully he will tell his story and encourage others to address mental illness, alcoholism, and promote community accountability. The defense asks this Court to follow the defense recommendations.

DATED this 29th day of February, 2016.

Respectfully submitted,

s/ *Kyana Givens*
Assistant Federal Public Defender
Attorney for Victor Naranjo

DEFENDANT'S SENTENCING
MEMORANDUM - 5
(*Victor. Naranjo*; CR14-5449BHS)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2016, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to all parties registered with the CM/ECF system.

                          s/ *Charlotte Ponikvar*
                          Paralegal
                          Office of the Federal Public Defender

DEFENDANT'S SENTENCING
MEMORANDUM - 6
(*Victor. Naranjo*; CR14-5449BHS)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

# EXHIBIT A

Victor Naranjo
1453 Atterbury Dr.
Walnut, CA 91789
victorn@cpp.edu

Honorable Benjamin H. Settle,
My name is Victor Naranjo. I was born in San Diego on June 20, 1982. As a boy, I moved around all over Southern California as my dad looked for jobs to sustain our family. After graduating high school, at the age of 18, I decided to join the Army because I had no real plan after high school and felt that joining the Army and serving this great country of ours was a good option for my life. I joined the Army June 28, 2000, exactly 8 days after my 18th birthday, as an Infantryman. After attending Airborne School and graduating, I was stationed at Fort Campbell, KY from 2001-2006 where I had the honor to deploy to combat three times- 2002 Afghanistan, 2003 Iraq, and 2005 Iraq- in order to protect and serve our country. In 2006 I was sent to Fort Lewis, WA to serve in the new Stryker Brigade Combat Team where I deployed one more time- 2009 to Afghanistan. During those 4 deployments I have been in firefights with enemy combatants, I have survived one hand grenade thrown from the enemy and two improvised explosive devices placed on our routes by the enemy as well as having personally placed 3 of our brothers in arms in body bags following their gruesome deaths after an IED blast. Unfortunately, during my last deployment something happened that had major impacts on my life. I am not sure if it was combat fatigue or difficulty reintegrating into society but I made a lot of mistakes, in my personal life and professional life, which I fully and honestly regret.

One of the major mistakes I have committed in my life is the one I am pleading guilty for and accepting responsibility in this case. I took possession of an explosive device. Until this day and when I think back to that night in which I took possession of the device, I get pissed off at myself because I should have known better. I not only put myself at risk having that device but also put others at risk having that device in my residence. As a Sergeant, I should have known better and should have taken a different course of action. I not only had a lapse in my sense of judgement but also destroyed my military career in the process. Words cannot express how sorry I am for not only letting myself down, but also my fellow brothers in arms, the people I put at risk and our country overall. I am a patriot, and will always be a patriot to this country, and my actions did not reflect the pride I have of being an American, military service member, and now veteran.

When I got discharged from the military I had two options. Bounce back from this mistake I had committed or continue to destroy my life and carry on with habits that would ultimately lead to an unhappy ending. I suffered from depression and lack of sleep and was dealing with it by drinking heavy amounts of alcohol. But I decided that if I didn't bounce back from this mistake, the lives that my brothers gave up for this country, would have all been in vain. I had to change not only for myself but also for them. So I enrolled in college and decided that if I couldn't serve

my country anymore then I would make them proud a different way- by earning a degree, being successful, and ultimately helping my fellow veterans and being a productive member of society. The road has not been an easy one, there have been bumps, but with every bump I learn and I try to be even better. There are a lot of stressors in my life, and with the conclusion of this case one of those big stressors in my life will be removed. My girlfriend of over a year has been a solid stone for me to lean on in hard times. Even though she was pregnant and had a miscarriage, she is still one of the strongest people I know and seeing her strength has helped me in ways I cannot describe. My father has been diagnosed with stomach cancer and has prostate problems in his advanced age, and having this case resolved will allow me to visit him and support him whenever he needs it. After attending two years at a community college, I attained an AA in Liberal Studies in Business Management and had a GPA of 3.50. I have now transferred to a 4 year university where I am currently enrolled. I should graduate spring of next year with a Bachelor's degree in Business Administration with a concentration in Accounting and have a current GPA of 3.30. If after graduation I can find a way to put my new skills at work for the government, I hope I can. If not, I will look for a job in a corporate setting in order to gain knowledge and experience.

I want to once again express how sorry I am for my prior actions. I fully regret my actions and have taken steps to not only be a productive member of society but also to change my life for the better,

Sincerely,
Victor Naranjo

# EXHIBIT B

| Academic Transcript | A02779605 Victor Naranjo |
|---|---|
| | Feb 18, 2015 08:03 pm |

🗨 This is not an official transcript. Courses which are in progress may also be included on this transcript.

For Grade Explanations, Click here
Transfer Credit   Institution Credit   Transcript Totals   Courses in Progress

## Transcript Data

### STUDENT INFORMATION

**Birth Date:** ▓▓▓▓ 1982
**Student Type:** Continuing Student

### Curriculum Information

**Current Program**
Transfer Only No MtSAC Degree
**Program:** Transfer - Business
**College:** Mt. San Antonio College
**Campus:** Mt. San Antonio College
**Major:** Business, Transfer

***Transcript type:WEB Web is NOT Official ***

### DEGREE AWARDED

**Certificate** Certificate 6 to < 18   **Degree Date:**
**Less Than** units
**18 Hours:**

### Curriculum Information

**Primary Degree**
**Program:** Bus: International I Cert
**College:** Mt. San Antonio College
**Campus:** Mt. San Antonio College
**Major:** Business: International

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| MT SAC DEG: | 77.500 | 77.500 | 77.500 | 77.500 | 276.00 | 3.56 |

**Denied:** Certificate 6 to < 18   **Degree Date:**
units

### Curriculum Information

**Primary Degree**
**Program:** Accounting-Bookkeeping Cert
**College:** Mt. San Antonio College
**Campus:** Mt. San Antonio College
**Major:** Accounting - Bookkeeping

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| MT SAC DEG: | 77.500 | 77.500 | 77.500 | 77.500 | 276.00 | 3.56 |

**Certificate** Certificate 6 to < 18   **Degree Date:**
**Less Than** units
**18 Hours:**

### Curriculum Information

**Primary Degree**

| | | | | | |
|---|---|---|---|---|---|
| Program: | Accounting-Bookkeeping Cert | | | | |
| College: | Mt. San Antonio College | | | | |
| Campus: | Mt. San Antonio College | | | | |
| Major: | Accounting - Bookkeeping | | | | |
| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
| MT SAC DEG: | 77.500 | 77.500 | 77.500 | 77.500 | 276.00 | 3.56 |

**Certificate Less Than 18 Hours:** Certificate 6 to < 18 units  **Degree Date:**

### Curriculum Information

**Primary Degree**

| | |
|---|---|
| Program: | Bus: Management I Cert |
| College: | Mt. San Antonio College |
| Campus: | Mt. San Antonio College |
| Major: | Business: Management Level I |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| MT SAC DEG: | 77.500 | 77.500 | 77.500 | 77.500 | 276.00 | 3.56 |

### TRANSFER CREDIT ACCEPTED BY INSTITUTION    -Top-

**military:** Military Transfer Units

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| PE | TRAN | Transfer Course | P | 4.000 | 0.00 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 4.000 | 4.000 | 4.000 | 0.000 | 0.00 | 0.00 |

Unofficial Transcript

### INSTITUTION CREDIT    -Top-

**Term: Spring 2013**

| | |
|---|---|
| College: | Mt. San Antonio College |
| Major: | Business Management |
| Student Type: | First-Time College Student |
| Academic Standing: | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUSM | 10 | Mt. San Antonio College | CR | Principles of CQI | B | 3.000 | 9.00 | | | | |
| BUSM | 20 | Mt. San Antonio College | CR | Principles of Business | A | 3.000 | 12.00 | | | | |
| ENGL | 1A | Mt. San Antonio College | CR | Freshman Composition | B | 4.000 | 12.00 | | | | |
| MATH | 51 | Mt. San Antonio College | CR | Elementary Algebra | C | 4.000 | 8.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 14.000 | 14.000 | 14.000 | 14.000 | 41.00 | 2.92 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cumulative: | | | | | 14.000 | 14.000 | 14.000 | 14.000 | 41.00 | 2.92 |

Unofficial Transcript

### Term: Summer 2013

| | |
|---|---|
| College: | Mt. San Antonio College |
| Major: | Business Management |
| Student Type: | Continuing Student |
| Academic Standing: | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH | 71 | Mt. San Antonio College | CR | Intermediate Algebra | A | 5.000 | 20.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 5.000 | 5.000 | 5.000 | 5.000 | 20.00 | 4.00 |
| Cumulative: | 19.000 | 19.000 | 19.000 | 19.000 | 61.00 | 3.21 |

Unofficial Transcript

### Term: Fall 2013

| | |
|---|---|
| College: | Mt. San Antonio College |
| Major: | Business Management |
| Student Type: | Continuing Student |
| Academic Standing: | Good Standing |
| Additional Standing: | President's List |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUSM | 60 | Mt. San Antonio College | CR | Human Relations/Business | A | 3.000 | 12.00 | | | | |
| BUSS | 36 | Mt. San Antonio College | CR | Principles of Marketing | A | 3.000 | 12.00 | | | | |
| CISB | 15 | Mt. San Antonio College | CR | Microcomputer Application | A | 3.500 | 14.00 | | | | |
| MATH | 130 | Mt. San Antonio College | CR | College Algebra | B | 4.000 | 12.00 | | | | |
| NF | 25 | Mt. San Antonio College | CR | Essentials of Nutrition | B | 3.000 | 9.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | 16.500 | 16.500 | 16.500 | 16.500 | 59.00 | 3.57 |
| Cumulative: | 35.500 | 35.500 | 35.500 | 35.500 | 120.00 | 3.38 |

Unofficial Transcript

### Term: Winter 2014

| | |
|---|---|
| College: | Mt. San Antonio College |
| Major: | Business, Transfer |
| Student Type: | Continuing Student |
| Academic Standing: | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HIST | 1 | Mt. San Antonio College | CR | History of U.S. | A | 3.000 | 12.00 | | | | |
| MATH | 140 | Mt. San Antonio College | CR | Calculus for Business | W | 4.000 | 0.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 7.000 | 3.000 | 3.000 | 3.000 | 12.00 | 4.00 |
| **Cumulative:** | 42.500 | 38.500 | 38.500 | 38.500 | 132.00 | 3.42 |

Unofficial Transcript

**Term: Spring 2014**
**College:** Mt. San Antonio College
**Major:** Business, Transfer
**Student Type:** Continuing Student
**Academic Standing:** Good Standing
**Additional Standing:** President's List

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AHIS | 1 | Mt. San Antonio College | CR | Undrstnd Visual Arts | A | 3.000 | 12.00 | | | | |
| BUSM | 51 | Mt. San Antonio College | CR | Principles of Int'l Business | A | 3.000 | 12.00 | | | | |
| GEOL | 10 | Mt. San Antonio College | CR | Natural Disasters | B | 3.000 | 9.00 | | | | |
| MATH | 110 | Mt. San Antonio College | CR | Elementary Statistic | B | 3.000 | 9.00 | | | | |
| POLI | 1 | Mt. San Antonio College | CR | Political Science | A | 3.000 | 12.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 15.000 | 15.000 | 15.000 | 15.000 | 54.00 | 3.60 |
| **Cumulative:** | 57.500 | 53.500 | 53.500 | 53.500 | 186.00 | 3.47 |

Unofficial Transcript

**Term: Summer 2014**
**College:** Mt. San Antonio College
**Major:** Business, Transfer
**Student Type:** Continuing Student
**Academic Standing:** Good Standing

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BUSA | 68 | Mt. San Antonio College | CR | Business Mathematics | A | 3.000 | 12.00 | | | | |
| BUSA | 7 | Mt. San Antonio College | CR | Princ of Acct-Financial | A | 5.000 | 20.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 8.000 | 8.000 | 8.000 | 8.000 | 32.00 | 4.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative:** | | | | | 65.500 | 61.500 | 61.500 | 61.500 | 218.00 | 3.54 |

Unofficial Transcript

**Term: Fall 2014**

| | |
|---|---|
| **College:** | Mt. San Antonio College |
| **Major:** | Business, Transfer |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |
| **Additional Standing:** | Dean's List |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTH | 1 | Mt. San Antonio College | CR | Biological Anthropology | B | 3.000 | 9.00 | | | | |
| BUSA | 75 | Mt. San Antonio College | CR | Microcomp/Financial Acct | A | 1.000 | 4.00 | | | | |
| BUSA | 8 | Mt. San Antonio College | CR | Princ of Acct-Managerial | B | 5.000 | 15.00 | | | | |
| BUSC | 1A | Mt. San Antonio College | CR | Prin of Econ-Macro | B | 3.000 | 9.00 | | | | |
| BUSM | 61 | Mt. San Antonio College | CR | Business Organization/Mgt | B | 3.000 | 9.00 | | | | |
| HIST | 19 | Mt. San Antonio College | CR | History of Mexico | A | 3.000 | 12.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 18.000 | 18.000 | 18.000 | 18.000 | 58.00 | 3.22 |
| **Cumulative:** | 83.500 | 79.500 | 79.500 | 79.500 | 276.00 | 3.47 |

Unofficial Transcript

**Term: Winter 2015**

| | |
|---|---|
| **College:** | Mt. San Antonio College |
| **Major:** | Business, Transfer |
| **Student Type:** | Continuing Student |
| **Academic Standing:** | Good Standing |
| **Last Academic Standing:** | Good Standing |

| Subject | Course | Campus | Level | Title | Grade | Credit Hours | Quality Points | Start and End Dates | R | CEU | Contact Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ANTH | 1L | Mt. San Antonio College | CR | Biological Anthro Lab | A | 1.000 | 4.00 | | | | |
| SPCH | 1A | Mt. San Antonio College | CR | Public Speaking | A | 4.000 | 16.00 | | | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | 5.000 | 5.000 | 5.000 | 5.000 | 20.00 | 4.00 |
| **Cumulative:** | 88.500 | 84.500 | 84.500 | 84.500 | 296.00 | 3.50 |

Unofficial Transcript

**TRANSCRIPT TOTALS (CREDIT)**    -Top-

|  | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Total Institution:** | 88.500 | 84.500 | 84.500 | 84.500 | 296.00 | 3.50 |
| **Total Transfer:** | 4.000 | 4.000 | 4.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 92.500 | 88.500 | 88.500 | 84.500 | 296.00 | 3.50 |

Unofficial Transcript

**COURSES IN PROGRESS    -Top-**

**Term: Spring 2015**
**College:** Mt. San Antonio College
**Major:** Business, Transfer
**Student Type:** Continuing Student

| Subject | Course | Campus | Level | Title | Credit Hours | Start and End Dates |
|---|---|---|---|---|---|---|
| BUSC | 1B | Mt. San Antonio College | CR | Prin of Econ. -Microecon. | 3.000 | |
| BUSL | 18 | Mt. San Antonio College | CR | Business Law | 3.000 | |
| BUSM | 62 | Mt. San Antonio College | CR | Human Resource Management | 3.000 | |
| ENGL | 1C | Mt. San Antonio College | CR | Critical Thinking and Writing | 4.000 | |
| MATH | 140 | Mt. San Antonio College | CR | Calculus for Business | 4.000 | |

Unofficial Transcript